UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARQUIS JACKSON,

   Plaintiff,

vs.                                          3:24-cv-00429-TKW-ZCB

COUNTY OF OKALOOSA, *et al.*,

   Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## OF CLAIMS AGAINST DEFENDANT COUNTY OF OKALOOSA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, MARQUIS JACKSON, hereby files this Notice of Voluntary Dismissal with Prejudice of Claims Against Defendant County of Okaloosa. As to the County of Okaloosa only, Plaintiff hereby dismisses with prejudice the following five claims, as alleged in Plaintiff's Complaint (Doc. 1): *Monell* – Municipal Liability for Unconstitutional Custom or Policy, and Failure to Train (Count IV); Negligence (Count VI); Assault/Battery (Count VII); Intentional Infliction of Emotional Distress (Count VIII); and False Arrest / False Imprisonment (Count IX). Each party will bear their own attorneys' fees and costs.

Dated this 19th day of November, 2024.

/s/ *Julia N. Quesada*
DEWITT M. LACY, ESQ.
SBN 258789
JULIA N. QUESADA, ESQ.
SBN 337872
LENA P. ANDREWS, ESQ.
SBN 342471
Burris, Nisenbaum, Curry, Lacy
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
(310) 601-7070
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

MUTAQEE AKBAR, ESQ.
Florida Bar No. 819581
Akbar Thomas
619 N. Copeland Street
Tallahassee, Florida 32304
(850) 383-0000
m.akbar@akbarthomas.com

**COUNSEL FOR PLAINTIFF, MARQUIS JACKSON**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record, on this 19th day of November, 2024.

/s/ *Julia N. Quesada*
JULIA N. QUESADA, ESQ.