UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARQUIS JACKSON,

     **Plaintiff**,

v.                           **Case No. 3:24cv429-TKW-ZCB**

ERIC AIDEN, et al.,

     **Defendants**.

_____/

## ORDER EXPANDING WORD LIMIT

This case is before the Court based on Defendants' motion to exceed word limit (Doc. 102). The motion does not indicate Plaintiff's position on the motion, but the Court sees no reason to hold the motion for a response because it is supported by good cause and Plaintiff will not be prejudiced if the motion is granted. Moreover, the motion needs to be resolved today because the motion for summary judgment deadline is tomorrow.[1] Accordingly, it is

---

[1] Defendants could have (and should have) filed the motion sooner than they did because the deadline for summary judgment motions was established three months ago, *see* Doc. 79, and Defendants surely knew before this past Friday that they were not going to be able to comply with the word limit. Moreover, although it should not have taken Plaintiff long to articulate a position on the motion, Defendants should not have waited until the day the motion was filed to confer about the motion as they apparently did. *See* Doc. 102 at 3.

**ORDERED** that Defendants' motion to exceed word limit is **GRANTED**, and Defendants may file a joint motion for summary judgment that contains up to 15,000 words.  Plaintiff's response may include up to that same number of words.

**DONE and ORDERED** this 18th day of August, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**