**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**MARQUIS JACKSON,**

**Plaintiff,**

**v.** **Case No. 3:24-cv-429-TKW-ZCB**

**ERIC ADEN**, in his official capacity as Sheriff of Okaloosa County, and **JESSE HERNANDEZ,**

**Defendants.**
_____________________________________/

## ORDER OF DISMISSAL

This case is before the Court based on the stipulation of dismissal with prejudice filed by Plaintiff and Defendants Eric Aden and Jesse Hernandez (Doc. 157). The stipulation is ineffective because Fed. R. Civ. P. 41(a)(1)(A)(ii) requires that the stipulation be signed by all parties who have appeared in the case, *see City of Jacksonville v. Jacksonville Hosp. Holdings*, 82 F.4th 1031, 1034 (11th Cir. 2023), and the stipulation here is signed only by the remaining parties—not all the parties who have previously appeared but were later dismissed. *See id.* at 1038 ("[A] Rule 41(a)(1)(A)(ii) stipulation also requires the signature of a party that appeared but has already been removed from an action.") (citation omitted).

However, the Court can—and in the interest of judicial economy, the Court will—treat the stipulation as an unopposed motion for voluntary dismissal under

Fed. R. Civ. P. 41(a)(2), *id.* at 1039; *Sanchez v. Disc. Rock & Sand, Inc.*, 84 F.4th 1283, 1291–93 (11th Cir. 2023), in light of the parties reaching a settlement before the magistrate judge.

Accordingly, it is **ORDERED** that:

1. The stipulation of dismissal with prejudice (Doc. 157) is treated as an unopposed motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2).

2. The motion for voluntary dismissal is **GRANTED**, and this case is **DISMISSED with prejudice** under Fed. R. Civ. P. 41(a)(2).

3. The Clerk shall close the case file.

**DONE and ORDERED** this 11th day of June, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**